Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Dorothy Johnson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dorothy Johnson,<br><br>    Plaintiff,<br><br>    v.<br><br>Life Insurance Company of North America, Southwest Airlines Co., Southwest Airlines Co. Disability Plan,<br><br>    Defendants. | Case No. 2:14-cv-00898-SPL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff hereby dismisses without prejudice this cause of action against Defendants Life Insurance Company of North America, Southwest Airlines Co. and Southwest Airlines Co. Disability Plan.

No party has appeared, nor has an Answer or a Motion for Summary Judgment been filed in this matter.

DATED this 12th day of May, 2014.

SCOTT E. DAVIS, P.C.

By:  */s/ Scott E. Davis*
     Scott E. Davis
     Attorney for Plaintiff

-1-